UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE RUTLEDGE, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAVID FIGUIREDO, et al.,<br><br>        Defendants. | Case No. 2:13-cv-0783-GMN-NJK<br><br>ORDER GRANTING MOTION TO STAY<br><br>(Docket No. 18) |

      Pending before the Court is Defendants' motion to stay all proceedings in this Court pending a ruling on Defendants' motion to dismiss. *See* Docket Nos. 13, 18. The Court ordered that any response must be filed no later than August 30, 2013. Docket No. 20. To date, no response has been filed opposing the motion. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). The Court has also reviewed the motion and finds good cause for granting it. Because the motion is unopposed and for good cause shown, the motion to stay this case pending the Court's ruling on Defendants' motion to dismiss is hereby **GRANTED**. The parties are **ORDERED** to provide the undersigned with a revised discovery plan within 14 days of any order denying the motion to dismiss.

      IT IS SO ORDERED.

      DATED: September 4, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge